UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06CR405 CDP |
| | ) |
| TOMMIE LEE WEBB, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

This matter is before the Court on defendant Tommie Lee Webb's motions to suppress. Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Terry I. Adelman. After holding an evidentiary hearing and receiving supplemental briefing, Judge Adelman filed two Reports and Recommendations, which recommended denying all of defendant's motions. No party has filed any objections to the Magistrate Judge's recommendations, and the time for doing so has expired. After fully considering the motions and the Reports and Recommendations, I will adopt and sustain the thorough reasoning of Judge Adelman as set forth in his recommended rulings.

Defendant has also filed a motion for reconsideration of the Magistrate Judge's order of detention. I have carefully reviewed all matters pertinent to the detention issue, and conclude that the additional conditions of release proposed by

defendant are not sufficient to assure the safety of the community or the appearance of defendant if he were released on bond. I will therefore deny the motion for reconsideration and continue the order of detention.

Accordingly,

**IT IS HEREBY ORDERED** that the Reports and Recommendations of the United States Magistrate Judge [##32, 34] are **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motions to suppress [## 18, 24, 28] are denied.

**IT IS FURTHER ORDERED** that defendant's motion to reconsider detention order [#25] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2007.